■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUGENE HOFFMAN, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— *Per Curiam.* The evidence of relator's continued insanity, as adduced at the hearing at Special Term, warranted the dismissal of the writ. An additional ground argued in the briefs, respecting relator's original transfer to Dannemora State Hospital, was not alleged in the petition but, in any event, seems to us without merit. Order affirmed, without costs. Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DEVERE A. ROSA, Appellant.— HERLIHY, J. P. This is an appeal by the defendant from the judgment of conviction entered in the office of the Clerk of Otsego County on the 3rd day of February, 1963. Judgment of conviction modified by reducing the probationary period from three to two years (Vehicle and Traffic Law, § 1192, subd. 2; Code Crim. Pro., § 933), and as so modified, affirmed. Reynolds, Taylor, Aulisi and Hamm, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD PURVIS, Respondent, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Appellant. — Order reversed, on the law and the facts, and writ dismissed, without costs, on the authority of *People* v. *Porter* (14 N Y 2d 785). Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.